■ In the Matter of MISBA UDDIN, Appellant, v NEW YORK CITY TAXI AND LIMOUSINE COMMISSION, Respondent. [964 NYS2d 908]—Judgment, Supreme Court, New York County (Joan B. Lobis, J.), entered September 7, 2012, denying the petition seeking to annul the determination of respondent, dated April 30, 2012, which affirmed the revocation of petitioner's taxicab driver's license, and dismissing the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.

Petitioner failed to administratively appeal two of the six adverse determinations by administrative law judges, including the one that resulted in the revocation of his license. Accordingly, petitioner failed to exhaust his available administrative remedies, warranting denial of his petition (*see Watergate II Apts. v Buffalo Sewer Auth.*, 46 NY2d 52, 57 [1978]; *Matter of Contest Promotions-NY LLC v New York City Dept. of Bldgs.*, 93 AD3d 436, 437 [1st Dept 2012]).

We have considered petitioner's remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Sweeny, Freedman and Gische, JJ. **[Prior Case History: 2012 NY Slip Op 32246(U).]**

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELISSA FONSECA, Appellant. [967 NYS2d 862]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Charles H. Solomon, J.), rendered on or about December 7, 2010, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Sweeny, Freedman and Gische, JJ.